# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARLON RICKS**                                                            **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00687-KGB/PSH**

**RUSTY PAIGE,** *et al.*                                       **DEFENDANTS**

## ORDER

       The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, the Court grants plaintiff Carlon Ricks' motion to dismiss and dismisses without prejudice this case (Dkt. No. 3).

       So ordered this 4th day of February, 2019.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge