# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARLON RICKS**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00687-KGB/PSH**

**RUSTY PAIGE,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Carlon Ricks' complaint is dismissed without prejudice.

So adjudged this 4th day of February, 2019.

_____
Kristine G. Baker
United States District Judge